

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERIC LEE HARRINGTON, | § | No. 08-13-00225-CR |
| Appellant, | § | Appeal from the |
| v. | § | 372nd District Court |
| | § | of Tarrant County, Texas |
| THE STATE OF TEXAS, | § | (TC# 1288721D) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.